UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No.  3:07-CR-29 |
| | ) | |
| DIRK ALAN ADAMS | ) | |

## ORDER

No objections have been filed to Magistrate Judge Nuechterlein's findings and recommendations upon a plea of guilty issued on August 1, 2007 [Doc. No. 23].  Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Dirk Alan Adam's plea of guilty, and FINDS the defendant guilty of Counts 1, 2, 3, and 4 of the Indictment, in violation of 18 U.S.C. §§ 922(g)(1) and (3).

SO ORDERED.

ENTERED:   October 9, 2007

_/s/ Robert L. Miller, Jr._
Chief Judge
United States District Court